IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEROME M. BRITTON,**  :  <br>     Petitioner  : <br>  :     No. 1:20-cv-1169 <br> **v.**  : <br>  :     (Judge Kane) <br> **CATRICIA HOWARD, et al.,**  : <br>     Respondents  : | |

## ORDER

**AND NOW**, on this 16th day of June, 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
